IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.        CASE NO. 5:07-cr-9-RS-GRJ

RAPHAEL MARICE TINSLEY,

    Defendant.

_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 55) and Petitioner's Objections (Doc. 56). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.
2. The Government's Motion to Dismiss (Doc. 53) is **GRANTED**.
3. Defendant's Motion (Doc. 49) is **DISMISSED as untimely**.
4. The clerk is directed to close the file.

**ORDERED** on April 2, 2013.

        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**